# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. VERDUZCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAPE TRUCKS, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00245- --- - JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE THIS ACTION AS TO ALLISON TRANSMISSION ONLY PURSUANT TO THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 21) |

On June 10, 2015 Plaintiff filed a Notice of Voluntary Dismissal as to Defendant Allison Transmission only. (Doc. 21) He relies upon Fed. R. Civ. P. Rule 41 which provides, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; . . ." Fed. R. Civ. P. 41(a)(1)(A). Such a notice is effective as a dismissal without an order of the court. Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). However, because this defendant has not been terminated on the docket, the Court **DIRECTS t**he Clerk of Court to terminate this action as to Defendant, Allison Transmission only.

IT IS SO ORDERED.

　　Dated:　**June 17, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE