# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VERDUZCO,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPE TRUCKS, INC., et al.,<br><br>    Defendants. | Case No.: 1:15-cv-0245 - --- - JLT<br><br>ORDER RE: CONSENTING TO OR DECLINING MAGISTRATE JUDGE JURISDICTION |

The Court held a status conference on June 10, 2015, and informed the parties of the congested court docket and heavy caseload of District Judges in the Eastern District of California.  (*See* Doc. 22.)  Defendants were ordered to consider consenting to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and to file a consent/decline form within ten days.  (*Id.*)  Defendants have not done so.

Accordingly, **IT IS HEREBY ORDERED**: Defendants **SHALL** file completed forms indicating whether Defendants consent to or declines the jurisdiction of the Magistrate Judge **within seven days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 29, 2015**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

1